FILED
CLERK, U.S. DISTRICT COURT

NOV – 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

SJO – 3
11-177pm

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   Case No.  CR 11 – 795
                               )
              Plaintiff,       )   ORDER OF PRETRIAL DETENTION
                               )        AFTER HEARING
     v.                        )   (18 U.S.C. § 3142(i))
                               )
Richard Earl Jennings          )
                               )
              Defendant.       )
_____)

                         I.

A.    (✓) Upon motion of the Government in a case that involves:

      1.    (  ) a crime of violence or an offense listed in

                 18 U.S.C. § 2332b(g)(5)(B), for which a

                 maximum term of imprisonment of ten (10)

                 years or more is prescribed; or

      2.    (  ) an offense for which the maximum sentence is

                 life imprisonment or death; or

      3.    (✓) an offense for which a maximum term of

                 imprisonment of ten (10) years or more is

                 prescribed in the Controlled Substances Act,

                 Controlled Substances Import and Export Act

                 or Maritime Drug Law Enforcement Act; or

4.   (  ) any felony if defendant has been convicted of
two or more offenses described in
subparagraphs 1-3 above, or two or more state
or local offenses that would have been
offenses described in subparagraphs 1-3 above
if a circumstance giving rise to federal
jurisdiction had existed, or a combination of
such offenses.

5.   (  ) any felony that is not otherwise a crime of
violence that involves a minor victim, or
possession or use of a firearm or destructive
device or any other dangerous weapon, or a
failure to register under 18 U.S.C. § 2250.

B.  Upon motion ( ✓ ) of by the Government (  ) of the Court <u>sua</u>
<u>sponte</u>, in a case that involves:

1.   ( ✓ ) a serious risk that defendant will flee;

2.   (  ) a serious risk that defendant will

a.   (  ) obstruct or attempt to obstruct justice;
or

b.   (  ) threaten, injure, or intimidate a
prospective witness or juror or attempt
to do so.

C.  The Government ( ✓ ) is ( ) is not entitled to a rebuttable
presumption that no condition or combination of conditions will
reasonably assure defendant's appearance as required and the safety of
any person or the community.

II.

A. (  )  The Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of defendant as required;

B. (  )  The Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

III.

The Court has considered:

A. ( ✓ ) the nature and circumstances of the offense(s) charged;

B. ( ✓ ) the weight of the evidence against defendant;

C. ( ✓ ) the history and characteristics of defendant;

D. ( ✓ ) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release;

E. ( ✓ ) the Pretrial Services Report/Recommendation;

F. ( ✓ ) the evidence proffered/presented at the hearing;

G. ( ✓ ) the arguments of counsel.

///
///
///
///
///
///

IV.

The Court concludes:

A.   ( ✓ ) Defendant poses a risk to the safety of other persons and the community based on: _prior Criml_ _history + unfavt oppn alfn_

B.   ( ✓ ) Defendant poses a serious flight risk based on: _failure to self-surrender wi form_ _of maltipre expin + knwledge of_ _ontsfanf arst baut._

C.   (  ) A serious risk exists that defendant will:

    1.   (  ) obstruct or attempt to obstruct justice;

    2.   (  ) threaten, injure or intimidate a prospective witness or juror or attempt to do so;

based on: _____

D.   ( ✓ ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e) that no condition or combination of conditions will reasonably assure the safety of any other person and the community;

and/or

4

1      ( ) Defendant has not rebutted by sufficient evidence to

2          the contrary the presumption provided in 18 U.S.C.

3          § 3142(e) that no condition or combination of

4          conditions will reasonably assure the appearance of

5          defendant as required.

6     IT IS ORDERED that defendant be detained prior to trial.

7     IT IS FURTHER ORDERED that defendant be committed to the custody

8 of the Attorney General for confinement to a corrections facility

9 separate, to the extent practicable, from persons awaiting or serving

10 sentences or persons held in custody pending appeal.

11     IT IS FURTHER ORDERED that defendant be afforded reasonable

12 opportunity for private consultation with defendant's counsel.

13     IT IS FURTHER ORDERED that, on Order of a Court of the United

14 States or on request of an attorney for the Government, the person in

15 charge of the corrections facility in which defendant is confined

16 deliver defendant to a United States Marshal for the purpose of an

17 appearance in connection with a court proceeding.

18     DATED:     11/8/11

19

20                                   

21                   HONORABLE JACQUELINE CHOOLJIAN
                  United States Magistrate Judge

22

23

24

25

26

27

28